**COM.**

**v.**

**PETKO, D.**

**272 EDA 2017**

Superior Court of Pennsylvania.

06/30/2017

Reargument Denied 8/16/2017

CP–45–CR–0000781–2014 (Monroe)

Appeal Dismissed

**IN RE: ESTATE OF DEVOE, R.**

**1551 MDA 2016**

Superior Court of Pennsylvania.

6/30/2017

2210–0053
(Dauphin)

Affirmed

**COM.**

**v.**

**LEE, J.**

**1788 MDA 2016**

Superior Court of Pennsylvania.

06/30/2017

CP–01–CR–0000119–2000 (Adams)
Affirmed

**E.J.U.**

**v.**

**A.M.U.**

**2046 MDA 2016**

Superior Court of Pennsylvania.

06/30/2017

2009–FC–1798–03, (York)
Affirmed/Remanded

**COM.**

**v.**

**MCCULLOUGH, K.**

**448 WDA 2016**

Superior Court of Pennsylvania.

06/30/2017

CP–02–CR–0007911–2008 (Allegheny)
Appeal Dismissed

